UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00371-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PATRICK NEIL CREECH,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    At the request of the parties, the hearing on supervised release violation set for **Wednesday, November 23, 2011, at 2:00 p.m.** is **VACATED** and **RESET** for **Tuesday, November 29, 2011, at 11:00 a.m.**

    November 1, 2011