UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00371-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PATRICK NEIL CREECH,

    Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict with the Court's calendar, the hearing on supervised release violation set for **Wednesday, December 14, 2011 at 11:00 a.m.** is **RESET** for **Tuesday, December 13, 2011 at 10:00 a.m.**

    December 1, 2011