UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00371-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PATRICK NEIL CREECH,

    Defendant.
_____

### MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    At the request of counsel, the hearing on supervised release violation set for **Tuesday, December 13, 2011, at 3:00 a.m.** is **RESET** for **Tuesday, December 13, 2011, at 4:00 p.m.**

    December 12, 2011