UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00371-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PATRICK NEIL CREECH

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Request for Reconsideration of His Sentence Modification in Part, filed May 16, 2012 [ECF No. 153] is **STRICKEN**. The individual who signed the motion, Richard Haas, is not a member of the Bar of this Court.

    Dated: May 18, 2012